CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 24 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 5:09cr00015-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| | ) | By: Samuel G. Wilson |
| SERGIO MUJICA. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the government's motion to dismiss (ECF No. 342) is **GRANTED**; Mujica's motion pursuant to 28 U.S.C. § 2255 (ECF No. 336) is **DISMISSED**; and this action is **STRICKEN** from the active docket of this court. Further, finding that Mujica has failed to make a substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: January 24, 2013.

/s/
UNITED STATES DISTRICT JUDGE